# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

William E. Smith,

    Plaintiff,

v.

Brigham Anderson, et al.,

    Defendants.

Case No. 2:17-cv-800

Judge Michael H. Watson
Magistrate Judge Deavers

## ORDER

William E. Smith ("Plaintiff"), an inmate proceeding *pro se*, brings this § 1983 action against Lawrence County Prosecutor Brigham Anderson, Lawrence County Sheriff Jeff Lawless, Lawrence County Deputy Sheriff William Winters, and Lawrence County. On December 4, 2017, Magistrate Judge Deavers, to whom this case was referred, conducted an initial screening of Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b) and issued a Report and Recommendation ("R&R") recommending that Court the dismiss Plaintiff's Complaint for failure to state a claim. R&R 1, ECF No. 10.

The R&R advised the parties of their right to file objections to the same and specifically advised that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the decision of the District Court. *Id.* at 4–5. The time for filing objections has passed, and none were filed.

Having received no objections, the Court **AFFIRMS** and **ADOPTS** the R&R and **DISMISSES** Plaintiff's Complaint. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** for Defendants and terminate this case.

**IT IS SO ORDERED.**

*Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**